UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.
_____/

MOTION TO ALLOW USE OF DEPOSIT BY VILLAGE OF WELLINGTON
EXPEDITED HEARING REQUESTED

REASON FOR EXIGENCY

**Debtor requests an expedited hearing as Debtor is severely prejudiced each day the Village of Wellington is not processing its Development Application**

Debtor, FLYING COW RANCH HC, LLC, by and through its undersigned counsel, files this Motion to Allow Use of Deposit by Village of Wellington, and states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on July 19, 2018.

2. Debtor is a party to a Land Contract for purposes of developing the real property known as Flying Cow Ranch in the Village of Wellington.

3. On or about mid-2015, Debtor submitted its Development Application to the Village of Wellington (the "Village"). As part of the application process, Debtor paid the sum of $12,022.40 to the Village to be used for its expenses during the approval process. Copies of Ordinance No. 2007-17 and R2008-21 are attached.

4. Debtor was not aware that the $12,022.40 was being held in escrow and therefore, did not list it in its Schedules. Debtor will be amending its Schedules to reflect the existence of the deposit.

5.     As a result of the filing of the bankruptcy, the Village is unwilling to use the deposit and thus, to continue with the application approval process unless it has Court approval to do so.

6.     It is vital to the Debtor that the Village be able to use the deposit in order to be able to move forward with the Application process.

WHEREFORE, the Debtor requests that this Court enter and Order allowing the Village of Wellington to use the deposit it is holding for the application process and for such other and further relief as this Court deems just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all those enumerated herein this 10th day of July, 2018.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                                  RAPPAPORT, OSBORNE & RAPPAPORT, PLLC
                                  Attorneys for Debtor
                                  Suite 203, Squires Building
                                  1300 North Federal Highway
                                  Boca Raton, Florida 33432
                                  Telephone:  (561) 368-2200

                                  BY:___/s/_____
                                      JORDAN L. RAPPAPORT, ESQ.
                                      Florida Bar No. 108022

ORDINANCE NO. 2007-17

AN ORDINANCE OF THE VILLAGE COUNCIL OF THE VILLAGE OF WELLINGTON, FLORIDA, AMENDING CHAPTER 2 OF THE VILLAGE OF WELLINGTON CODE OF ORDINANCES, SO AS TO AUTHORIZE A NEW PREPAYMENT PROGRAM TO ASSURE RECOVERY OF THE COSTS OF ADMINISTRATIVE REVIEW AND PROCESSING OF APPLICATIONS, SUBMISSIONS, OR REQUESTS INCIDENT TO ALL DEVELOPMENT IN THE VILLAGE OF WELLINGTON; PROVIDING THAT PERSONS MAKING SUCH APPLICATIONS, SUBMISSIONS, OR REQUESTS PAY THE ACTUAL COST OF ADMINISTRATIVE REVIEW AND PROCESSING; PROVIDING FOR CERTAIN EXEMPTIONS TO APPLICATIONS, SUBMISSIONS, AND REQUESTS INITIATED BY ANOTHER GOVERNMENTAL ENTITY ACTING IN A GOVERNMENTAL CAPACITY; PROVIDING THAT PROCEDURAL MATTERS OF THE PROGRAM HEREIN AUTHORIZED AND THE DEPOSITS THEREFORE BE ESTABLISHED, AND PERIODICALLY REVIEWED AND AMENDED, BY RESOLUTION OF THE VILLAGE COUNCIL OF THE VILLAGE OF WELLINGTON, FLORIDA; PROVIDING A SAVINGS CLAUSE; AND PROVIDING AN EFFECTIVE DATE.

**WHEREAS**, it is and has the intent of the Village Council of the Village of Wellington, Florida, whenever possible and equitable, to transfer the cost of administrative review and processing incident to development approvals of realty within the Village of Wellington to the person initiating approval requests; and

**WHEREAS**, the most practical and consistently accurate method of defraying the cost of such administrative review and processing is through collection of fees based upon actual time expended on such tasks by Village personnel and the Village's outside fee consultants, including directly associated expenses such as advertising, engineering, and legal fees; and

**WHEREAS**, the staff of the Village Departments participating in administrative review and processing functions perform services essential to the consideration of requested development approvals of realty within Wellington; and

**WHEREAS**, processing and review by the Village of Wellington is necessary to ensure that development of realty in Wellington is consistent with all applicable land use and land development regulations, and is in keeping with safeguarding the public's health, safety, and welfare;

**NOW, THEREFORE, BE IT ORDAINED BY THE VILLAGE COUNCIL OF THE VILLAGE OF WELLINGTON, FLORIDA**, that:

**SECTION 1**: Chapter 2 "Administration", of the Code of Ordinances of the Village of Wellington, Florida is hereby amended by enacting a new Article VIII, "Recovery of costs of administrative review and processing" to read as follows:

**Article VIII. Recovery of Costs of Administrative Review and Processing.**

**Section 2-261. Cost Recovery.**

(a) There is hereby imposed an administrative fee, for the various costs of the Village's administrative and outside fee consultant processing and review of applications, submissions, or requests concerning proposed matters affecting cable television service within the Village (including applications for franchises, franchise renewal proposals, transfer control proposals, and proposals charging rates or service standards) or concerning development, utilization, or improvement of realty in the Village of Wellington (including but not limited to review and processing of plat applications, applications for plat waiver), proposed oversized off-site water distribution/transmission main and sewer collection/force main facilities, installation of utility lines and pipes, land use plan proposed amendments, planned or existing street, pavement, sidewalk, street marker signs, seawall, bridge installation, culvert or drainage facilities, modifications to site plans, applications variances, applications for physical development variances, certain building inspections, applications for and periodic review of development of regional impact orders, unity of title reviews, a change in zoning, pre-and post-permit conferences and project reviews (specifically including but not limited to the development, monitoring, and completion of critical path governmental approval reports and all review and monitoring incident to or in any way related to such reports), and certain building plan, and bridge installation plan reviews and inspections as explained in subsection (e) herein (hereafter, "review requests"), such fee to be equal in amount to the Village's actual costs, in terms of staff and outside fee consultants' time expended in such review and processing, and a surcharge for certain requested fast-tracking plan reviews and inspections as provided for in subsection (e), including advertising and similar directly related charges.

(b) Persons who file any review request which necessitates administrative or outside fee consultant review and processing shall pay prior to or at the time the review request is made, an initial preliminary deposit which shall be credited toward the fee charged for such review and processing, and shall pay additional deposits as may be required from time to time.

(c) When the person pays the initial deposit, a financial account for said person's review request (the "project account") will be opened and maintained throughout the entire review process until the person receives a certificate of occupancy or the Community Services Department or Engineering and Environmental Services Department (depending of the nature and genesis of the application) determines that no further action is necessary for the review and processing of the review request, at either of which time the project account will be closed and any remaining funds therein shall be refunded to the person depositing same, no later than two (2) months after the project account's closing date. The project account will be monitored on a periodic basis. Whenever the account balance is 20% or less of the original escrowed deposits, a supplemental deposit will be required before any further review or processing continues. The person making the initial deposit will be notified when a supplemental deposit will be required. The amount of the supplemental deposit will be fifty (50) percent of the initial deposit. Several supplemental deposits may be necessary depending on the complexity of the review request.

(d) The staff of the various departments of the Village of Wellington and the Village's outside fee consultants who are involved in the review and processing of review requests shall maintain records of the time expended and tasks conducted regarding each such request. A debit based upon the time expended and the applicable hourly rate (plus a surcharge as provided in subsection (e) for certain requested work on fast-tracking projects) shall be charged against the project account. For purposes of this program, the applicable hourly rate shall be set forth in a rate resolution passed by the Village Council which shall take into consideration the factors resulting in a reasonable rate for the services provided including, but not limited, to a weekly salary divided by forty (40) hours, together with an additional factor reflecting said person's hourly value of fringe and pension benefits, if said staff person is a person who is compensated on a salary basis, as well as the costs of office space, equipment and other overhead costs associated with the function. The applicable hourly rate for review and processing by the Village's outside fee consultants shall equal their actual charge for such review and processing, plus 70% administrative fees. It is the Village's intent that the charges reflect the costs of administering this program, which charge shall be based upon the actual effort involved for such administration.

(e) This authorized program shall not replace the imposition and collection of structure permit fees, which building permit fees shall be collected to defray the costs of up to two (2) nonpriority structure plan reviews in a normal single-plan review procedure or up to two (2) nonpriority plan reviews in a fast-tracking plan review procedure, and inspections which are not requested on a priority basis and which are requested when the Community Services Department or Environment and Engineering Department is open during regular hours (or during the regular business hours of any Village outside fee consultant engineering firm).

**"Fast-tracking"** is defined as a method of construction where plans for component parts of a structure are reviewed on an as-being-built (including pre-and post-permit meetings with staff for such multiple plan critiques).

When fast-tracking inspections or plan reviews are requested on a priority basis, or when the same plan for a component part of a structure is reviewed more than twice, the applicable rate for staff and outside fee consultants involved in such review and inspections, together with a surcharge of such applicable rate(s) (such surcharge to be implemented, established, and changed from time to time by resolution), shall be assessed against the project account of the person requesting such work.

When non-fast-tracking inspections or plan reviews are requested on a priority basis, or when the same plan is reviewed more than twice, the applicable rate for staff and outside fee consultants involved in such reviews and inspections shall be assessed against the project account of the person requesting same.

The cost of any inspections for fast-tracking and non-fast-tracking development which are requested when the Community Services Department or Environment and Engineering Department would normally be closed (or outside of the regular business

3

hours of any Village outside fee consultant engineering firm) shall be assessed against the project accounts of the person requesting same.

(f) The amount of the initial deposit for the different types of review requests shall be established, and from time to time amended, by resolution of the Village Council. It is the express intent of the Village Council and Mayor of the Village of Wellington, Florida, in enacting this cost recovery program that the Village's costs of administrative and outside fee consultant review and processing of review requests, as required or necessitated now or in the future by the Village's ordinances, resolutions, policies, or procedures, shall be borne by the person initiating the review request. To the extent that this authorized program is not fully implemented by resolution as provided, the fees and charges provided for elsewhere in the Code of Ordinances immediately before the enactment of Ordinance No. 2007-17 (as such may be amended) for such unimplemented review and processing, if any, shall be valid as not inconsistent with this program, fully chargeable, levied, and collected.

(g) This program shall not apply to review requests which are originally initiated by or on behalf of the Village of Wellington or another governmental entity acting in its governmental capacity; such as, but not limited to, department of transportation highway proposal commentary, reviews of Palm Beach County transportation improvements, review of proposed amendments to the Palm Beach County or local land use plans, and review of developments of regional impact; provided however, that the initiating governmental entity does not charge the Village of Wellington for its review, processing, and comment upon Wellington's review requests of a similar type or nature.

(h) The preceding subsection (g) shall not apply to review requests which are initiated by another governmental entity or agency acting in a corporate or proprietary capacity, such action including, but not limited to, a governmental entity's review requests incident to the erection of buildings or structures within Wellington (such as post offices, libraries, or governmental office buildings).

(i) Except as provided herein, any notification provided in this section for supplemental deposits from the Village of Wellington to a person initiating a review request shall be deemed sufficient if made by a telephone call to such person or his or her agent with a confirming certified letter to follow. It shall be the duty of persons initiating review requests to provide on the filed review requests a continuously updated address and telephone number where said persons or their agents can be reached for purposes of such notification. If an attempt to notify a person initiating a review request or his or her agent is frustrated because such furnished phone numbers or addresses were not correct or up to date when the notification attempt was made, such frustrated attempt shall be deemed sufficient notice for purposes of this section.

**Sections. 2-362—2-369. Reserved.**

**SECTION 2.** All ordinances or parts of ordinances in conflict herewith are hereby repealed.

**SECTION 3.** Should any section, paragraph, sentence, clause, phrase or other part of this Ordinance be declared by a court of competent jurisdiction to be invalid, such decision shall not affect the validity of this Ordinance as a whole or any portion or part thereof, other than the part so declared to be invalid.

**SECTION 4.** Codification of this Ordinance is hereby authorized and directed. The codifier is hereby instructed to reserve sections 2-355-2-360. The codifier is further instructed to make any additional non-substantive changes necessary to preserve the original meaning of the Code.

**SECTION 5.** This Ordinance shall take effect immediately upon its adoption and be applicable to all projects under review as of January 1, 2008 or thereafter.

**PASSED** this 11th day of December, 2007, upon first reading.

**PASSED AND ADOPTED** this 8th day of January, 2008, on second and final reading.

**VILLAGE OF WELLINGTON**

| | FOR | AGAINST |
|---|---|---|
| BY: _[signature]_ Thomas M. Wenham, Mayor | out of the room at time of voting | |
| _[signature]_ Robert S. Margolis, Vice Mayor | ✓ | |
| _[signature]_ Lizbeth Benacquisto, Councilwoman | ✓ | |
| _[signature]_ Laurie S. Cohen, Councilwoman | ✓ | |
| _[signature]_ Dr. Carmine A. Priore, Councilman | ✓ | |

**ATTEST:**

BY: _[signature]_
Awilda Rodriguez, Village Clerk

**APPROVED AS TO FORM AND LEGAL SUFFICIENCY**

BY: _[signature]_
Jeffrey S. Kurtz, Village Attorney

G:\wpfiles\clients\Wellington\Ords\Cost Recovery.doc

RESOLUTION NO. R2008-21

**A RESOLUTION OF THE VILLAGE COUNCIL OF THE VILLAGE OF WELLINGTON, FLORIDA APPROVING THE COST RECOVERY PROFESSIONAL FEES SCHEDULE; AND PROVIDING AN EFFECTIVE DATE.**

**WHEREAS**, it is the intent of the Village Council of the Village of Wellington, Florida, whenever possible and equitable, to transfer the cost of administrative review and processing incident to development approvals of realty within the Village of Wellington to the person initiating approval requests; and

**WHEREAS**, a Cost Recovery Schedule has been prepared and is attached hereto.

**NOW, THEREFORE, BE IT RESOLVED BY THE VILLAGE COUNCIL OF THE VILLAGE OF WELLINGTON, FLORIDA** that:

**SECTION 1.** The foregoing recital is hereby affirmed and ratified.

**SECTION 2.** The Village Council hereby approves the Cost Recovery Schedule, attached hereto as Exhibit "A" and incorporated herein by reference

**SECTION 3.** This Resolution shall become effective immediately upon adoption.

**PASSED AND ADOPTED** this 8th day of January, 2008.

| ATTEST: | VILLAGE OF WELLINGTON, FLORIDA |
|---|---|
| BY: *Awilda Rodriguez* <br> Awilda Rodriguez, Village Clerk | BY: *Thomas M. Wenham* <br> Thomas M. Wenham, Mayor |

APPROVED AS TO FORM AND
LEGAL SUFFICIENCY

BY: *Jeffrey S. Kurtz*
Jeffrey S. Kurtz, Village Attorney

G:\wpfiles\clients\Wellington\Council Agendas\1-8\Cost Recovery Fees Schedule RES.doc

## EXHIBIT "A"

## COST RECOVERY PROFESSIONAL FEES SCHEDULE

| FILING FEES AND ASSOCIATED CHARGES | | | | | | |
|---|---|---|---|---|---|---|
| APPLICATION DESCRIPTION | ADV Escrow | PROF Escrow | LEGAL Escrow | ENG Escrow | INITIAL DEPOSIT | ADDITIONAL CHARGES (PER ACRE OR RESEARCH OR OTHER STAFF TIME) |
| ARB & ARB APPEAL (Single Family Residential) | None | None | None | None | $240.00 | None |
| ARB – COLOR APPROVAL (Without Code Enforcement Violation) | None | None | None | None | $75.00 | None |
| ARB – COLOR APPROVAL (With Code Enforcement Violation) | None | None | None | None | $100.00 | None |
| BOAT RAMP PERMITS | None | None | None | None | $25.00 | None |
| SIDEWALK SALE / PARADE | None | None | None | None | $30.00 | None |
| TREE REMOVAL PERMIT (Single Family Residential) | None | None | None | None | $60.00 | None[6] |
| **FILING FEES WITH ASSOCIATED CHARGES** | | | | | | |
| ADMINISTRATIVE APPEAL | $250.00 | TBD[7] | $1,000.00 | TBD | $500.00 | $300.00 @ Acre |
| ADMINISTRATIVE VARIANCE | | | $1,000.00 | TBD | $500.00 | None |
| ANNEXATION | $2,700.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | $300.00 @ Acre |
| ARB & ARB APPEAL (Multifamily and Non-residential) | TBD | TBD | None | TBD | $500.00 | None |
| ARB – COLOR APPROVAL | TBD | TBD | None | TBD | $75.00 | None |
| COMPREHENSIVE PLAN AMENDMENT | $2,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | $300.00 @ Acre |
| COMPREHENSIVE PLAN TEXT AMENDMENT | $2,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,500.00 | $300.00 @ Acre |
| CONDITIONAL USE "A" | $500.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,00.00 | $300.00 @ Acre |
| CONDITIONAL USE FOR NEW TOWER FOR UTILITY POLE MOUNTED WIRELESS COMMUNICATION | $500.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,500.00 | $300.00 @ Acre |
| DEVELOPMENT ORDER AMENDMENT (DOA) | $500.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | $4,540.00 $300.00 @ Acre |
| DEVELOPMENT REVIEW COMMITTEE (DRC) RESUBMITTAL | TBD | TBD | $1,000.00 | TBD | $1,500.00 | $300.00 @ Acre |
| LANDSCAPE PLAN / BETTERMENT PLAN | TBD | $1,000.00 | $1,000.00 | TBD | $270.00 $1,500.00 | $300.00 @ Acre |
| MASTER PLAN / MASTER PLAN AMENDMENT | $2,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | $300.00 @ Acre |

---

[1] ADV means Advertising.
[2] PROF means Professional (Architect, Landscape Architect, Planner or other Expert Employed by Village. Additional fees for such professional services may be required based upon nature of application and length of landscape consultant review.
[3] LEGAL means legal services rendered by Village Attorney or other outside counsel.
[4] ENG means engineering services provided by Village staff or Village consultants. Additional fees for such professional services may be required based upon nature of application and length of engineering consultant review.
[5] Additional fees to be charged based upon staff time devoted to an application.
[6] May be charged for single family with large acreage or complex issues to resolve.
[7] TBD means To Be Determined. Escrow or Additional Charges may be imposed based upon nature and complexity of application.

| FILING FEES AND ASSOCIATED CHARGES | | | | | | |
|---|---|---|---|---|---|---|
| APPLICATION DESCRIPTION | ADV. Escrow | PROF. Escrow | LEGAL Escrow | ENG Escrow | INITIAL DEPOSIT | ADDITIONAL CHARGES (PER ACRE OR RESEARCH OR OTHER STAFF TIME) |
| PROFESSIONAL EXPERTISE (Non-Village Projects) | TBD | TBD | $1,000.00 | TBD | | Hourly Rate of Employees Assigned plus Expenses |
| PRE-APPLICATION, MANDATORY | TBD | TBD | $1,000.00 | TBD | $500.00 | Hourly Rate of Assigned Employee |
| RESEARCH, PLANNING AND ZONING | TBD | TBD | $1,000.00 | TBD | | Hourly Rate of Employees Assigned |
| REZONING | $2,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | $300.00 @ Acre |
| SITE PLAN | TBD | $1,000.00 | $1,000.00 | $1,000.00 | $1,500.00 | $300.00 @ Acre |
| SITE PLAN AMENDMENT | TBD | $1,000.00 | $1,000.00 | $1,000.00 | $1,500.00 | $2,670.00 $300.00 @ Acre |
| SITE PLAN APPLICATION FOR STABLES | TBD | TBD | $1,000.00 | TBD | $1,500.00 | None |
| SPECIAL USE PERMIT FOR NEW TOWER FOR UTILITY POLE MOUNTED WIRELESS COMMUNICATION | TBD | TBD | $1,000.00 | $1,000.00 | $1,500.00 | None |
| SPECIAL PERMIT USE – ADMINISTRATIVE | TBD | TBD | $1,000.00 | TBD | $1,500.00 | $300.00 @ Acre |
| SPECIAL PERMIT USE – VILLAGE COUNCIL | $250.00 | | $1,000.00 | TBD | $600.00 | $300.00 @ Acre |
| SPECIAL PERMIT USE – NON-PROFIT | TBD | TBD | $1,000.00 | TBD | $150.00 | $150.00 |
| TREE REMOVAL PERMIT (Single Family Residential) | TBD | TBD | None | TBD | | |
| TREE REMOVAL PERMIT (Non Single Family Residential) | TBD | TBD | None | TBD | | Hourly Rate of Employee Assigned |
| UNITY OF TITLE/ RELEASE OF UNITY OF TITLE | | TBD | $500.00 | TBD | $500.00 | Hourly Rate of Employee Assigned |
| VACATION / ABANDONMENTS | $500.00 | TBD | $500.00 | TBD | $1,500.00 | $300.00 @ Acre |
| VARIANCE (MULTIFAMILY OR NON-RESIDENTIAL) | $250.00 | TBD | $500.00 | TBD | $1,500.00 | $300.00 @ Acre |
| VARIANCE (SINGLE FAMILY RESIDENTIAL) | $250.00 | TBD | $500.00 | TBD | $700.00 | None |
| WIRELESS COMMUNICATIONS FACILITIES: ANNUAL TOWER REGISTRATION | TBD | TBD | $500.00 | TBD | $500.00 | |
| ZONING CONFIRMATION LETTER | TBD | TBD | $500.00 | TBD | $100.00 | Hourly Rate of Employee Assigned After First 30 Minutes plus Escrow if required by nature of request |
| ZONING TEXT AMENDMENT | $2,000.00 | $1,000.00[8] | $1,000.00 | $1,000.00[9] | $1,500.00 | None |
| FUTURE LAND USE AND ZONING MAPS | | | | | | |
| FUTURE LAND USE MAP | None | None | None | None | None | $5.00 – 8.5" X 11.0" $10.00 – 11.0" X 17.0" $15.00 – 24.0" X 36.0" |
| OFFICIAL ZONING MAP | None | None | None | None | None | $5.00 @ map |

---

[8] If required by nature of proposed zoning text amendment.
[9] If required by nature of proposed zoning text amendment.

| PLAT APPROVAL AND ENGINEERING PLAN REVIEW ||||
|---|---|---|---|
| PLAT APPROVAL | | $2,000 | |
| ENGINEERING PLAN REVIEW | | $1,000 | |

## VILLAGE STAFF BILLING RATES

| DEPARTMENT POSITION | PAY GRADE | STANDARD RATE | FAST TRACK RATE (1.5 X STANDARD) |
|---|---|---|---|
| DIRECTOR | 138 | $175 | $262.50 |
| DIVISION MANAGER | 134-126 | $145 | $217.50 |
| PRINCIPAL MANAGER | 127-129 | $135 | $200.00 |
| PROJECT MANAGER | 126 | $125 | $187.50 |
| ASSOCIATE PLANNER | 124 | $115 | $172.50 |
| ZONING TECHNICIAN | 116 | $75 | $112.50 |
| ADMINISTRATIVE ASSISTANT | 113 | $55 | $82.00 |
| OUTSIDE CONSULTANTS/PROFESSIONALS | | Actual + 7% | Actual + 7% |

```
Label Matrix for local noticing        Flying Cow Ranch HC, LLC              Florida Department of Revenue
113C-9                                  1000 N US Hwy 1 #762                  5050 West Tennessee Street
Case 18-12681-MAM                       Jupiter, FL 33477-4303                Tallahassee, FL 32399-0100
Southern District of Florida
West Palm Beach
Tue Jul 10 16:07:48 EDT 2018

Gunster                                 Gunster, Yoakley & Stewart, P.A.      Internal Revenue Service
777 S Flagler Dr #500                   401 E. Jackson Street, Suite 2500     Central Insolvency Operation
West Palm Beach, FL 33401-6121          Tampa, FL 33602-5226                  P. O. Box 7346
                                                                              Philadelphia, PA 19101-7346

Lewis, Longman & Walker, PA             Lewis, Longman & Walker, P.A.         Mallon Blatcher
515 N Flagler Dr, #1500                 515 North Flagler Drive               12 S Monroe St
West Palm Beach, FL 33401-4327          Suite 1500                            Media, PA 19063-2915
                                        West Palm Beach, FL 33401-4327

Office of the US Trustee                Palm Beach County Tax Collector       Timothy K McCarthy, Trustee and
51 S.W. 1st Ave.                        P.O. Box 3715                         Mark J McCarthy, Trustee
Suite 1204                              West Palm Beach, FL 33402-3715        c/o C Glen Leonard Esq
Miami, FL 33130-1614                                                          2817 E Oakland Park Blvd #201-A
                                                                              Fort Lauderdale, FL 33306-1889

Wantman Group Inc                       Wantman Group, Inc.                   David Wantman
2035 Vista Parkway #100                 c/o Edward M. Baird                   2035 Vista Parkway #100
West Palm Beach, FL 33411-2716          941 W. Morse Blvd., Suite 100         West Palm Beach, FL 33411-2716
                                        Winter Park, FL 32789-3781

Frank Blatcher                          Jordan L Rappaport Esq                Kenneth S Rappaport Esq
12 S Monroe St                          1300 N Federal Hwy #203               1300 N Federal Hwy #203
Media, PA 19063-2915                    Boca Raton, FL 33432-2848             Boca Raton, FL 33432-2848


Timothy K. & Mark J McCarthy
Hamberg & Abrams
c/o Thomas L. Abrams, Esq.
1776 N. Pine Island Rd., Suite 215
Plantation, FL 33322-5223
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                      End of Label Matrix
                                        Mailable recipients    18
                                        Bypassed recipients     1
                                        Total                  19
```