UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                    CASE NO: 18-12681-MAM

FLYING COW RANCH HC, LLC                                  CHAPTER 11

    Debtor.
_____/

### CREDITOR, TIMOTHY J. MCCARTHY AND MARK J. MCCARTHY, CO-TRUSTEES OF THE MCCARTHY LAND TRUST AGREEMENT'S OPPOSITION TO DEBTOR'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Creditor, Timothy K. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement, ("McCarthy Land Trust") files this opposition to Debtor's Motion to Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases [D.E. 57] and states:

1. McCarthy Land Trust opposes Debtor's Motion to Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases as it relates to the Purchase and Sale Contract which was the subject of this Court's June 22, 2018 Order requiring Debtor to Assume or Reject the Contract within 14 days of the Order.

2. There is no basis for the Motion to Extend as this Court has already ruled and set a deadline. The McCarthy Land Trust incorporates its arguments set forth in its Opposition to the Motion for Reconsideration and its initial Motion to Compel Assumption. The Motion to Extend should be denied.

Dated: July 12, 2018                        Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
*Attorneys for Creditor, Timothy K. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement*
1776 North Pine Island Road, Suite 215
Fort Lauderdale, Florida 33322
Telephone:  (954) 523-0900
Facsimile:  (954) 915-9016
E-mail:  tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF/Notice of Electronic Filing and/or U.S. First Class Mail as noted to all parties and/or creditors on the attached Service List on this 12th day of July, 2018.

By: /s/Thomas L. Abrams
    Thomas L. Abrams, Esq.

## SERVICE LIST

*Notice/Service via ECF Electronic Mail:*

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas L Abrams    tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- Kenneth S Rappaport    office@rorlawfirm.com, 2656204420@filings.docketbird.com

*Notice/Service via First Class U.S. Mail:*

*See Attached Service List*

                          By: /s/Thomas L. Abrams
                              Thomas L. Abrams, Esq.

```
Label Matrix for local noticing      Flying Cow Ranch HC, LLC          Florida Department of Revenue
113C-9                               1000 N US Hwy 1 #762              5050 West Tennessee Street
Case 18-12681-MAM                    Jupiter, FL 33477-4303            Tallahassee, FL 32399-0100
Southern District of Florida
West Palm Beach
Thu Jul 12 15:50:06 EDT 2018

Gunster                              Gunster, Yoakley & Stewart, P.A.  Internal Revenue Service
777 S Flagler Dr #500                401 E. Jackson Street, Suite 2500 Central Insolvency Operation
West Palm Beach, FL 33401-6121       Tampa, FL 33602-5226              P. O. Box 7346
                                                                       Philadelphia, PA 19101-7346


Lewis, Longman & Walker, PA          Lewis, Longman & Walker, P.A.     Mallon Blatcher
515 N Flagler Dr, #1500              515 North Flagler Drive           12 S Monroe St
West Palm Beach, FL 33401-4327       Suite 1500                        Media, PA 19063-2915
                                     West Palm Beach, FL 33401-4327


Office of the US Trustee             Palm Beach County Tax Collector   Timothy K McCarthy, Trustee and
51 S.W. 1st Ave.                     P.O. Box 3715                     Mark J McCarthy, Trustee
Suite 1204                           West Palm Beach, FL 33402-3715    c/o C Glen Leonard Esq
Miami, FL 33130-1614                                                   2817 E Oakland Park Blvd #201-A
                                                                       Fort Lauderdale, FL 33306-1889

Wantman Group Inc                    Wantman Group, Inc.               David Wantman
2035 Vista Parkway #100              c/o Edward M. Baird               2035 Vista Parkway #100
West Palm Beach, FL 33411-2716       941 W. Morse Blvd., Suite 100     West Palm Beach, FL 33411-2716
                                     Winter Park, FL 32789-3781


Frank Blatcher                       Jordan L Rappaport Esq            Kenneth S Rappaport Esq
12 S Monroe St                       1300 N Federal Hwy #203           1300 N Federal Hwy #203
Media, PA 19063-2915                 Boca Raton, FL 33432-2848         Boca Raton, FL 33432-2848


Timothy K. & Mark J McCarthy
Gamberg & Abrams
c/o Thomas L. Abrams, Esq.
1776 N. Pine Island Rd., Suite 215
Plantation, FL 33322-5223
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                   End of Label Matrix
                                     Mailable recipients   18
                                     Bypassed recipients    1
                                     Total                 19
```