

ORDERED in the Southern District of Florida on July 16, 2018.

Mindy A. Mora, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.
_____/

**AGREED ORDER GRANTING AGREED MOTION TO CONTINUE HEARINGS ON MOTION TO ALLOW USE OF DEPOSIT BY VILLAGE OF WELLINGTON (ECF 62) AND AMENDED APPLICATION FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY CONSULTING ENGINEER (ECF 51) (ECF 70)**

THIS CAUSE came on for consideration upon Debtor's AGREED MOTION TO CONTINUE HEARINGS ON MOTION TO ALLOW USE OF DEPOSIT BY VILLAGE OF WELLINGTON (ECF 62) AND AMENDED APPLICATION FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY CONSULTING ENGINEER (ECF 51) (ECF 70) and the Court being advised of the agreement of the parties and being otherwise duly advised, it is

    ORDERED AND ADJUDGED:

1. The Motion be and the same is hereby GRANTED.

2. The July 17, 2018 hearing on the Motion to Allow Use of Deposit by Village of Wellington (ECF 62) is continued to July 24, 2018 at 1:30 p.m. at the Flagler Waterview Building, 1515 N. Flagler Drive, Room 801, Courtroom A, West Palm Beach, FL 33401.

3. The July 17, 2018 hearing on the Amended Application for Order Authorizing Debtor in Possession to Employ Consulting Engineer (ECF 51) is continued to July 24, 2018 at 1:30 p.m. at the Flagler Waterview Building, 1515 N. Flagler Drive, Room 801, Courtroom A, West Palm Beach, FL 33401.

###

Submitted By:

Jordan L. Rappaport, Esquire
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432
Telephone:  (561) 368-2200
Facsimile:  (561) 338-0350

Copies Furnished To:

Jordan L. Rappaport, Esq. is directed to mail or electronically serve where available a conformed copy of this Order to all interested parties and creditors.