UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

      Debtor.

_____/

## NOTICE OF APPEAL

Debtor, THOMAS G. HINNERS, appeals to the District Court of the Southern District of Florida from the following:

1.    ORDER GRANTING MOTION TO COMPEL AND REQUIRING DEBTOR TO ASSUME OR REJECT LAND SALE AGREEMENT (ECF 54).

2.    ORDER DENYING DEBTOR'S MOTION FOR REHEARING ON ORDER GRANTING MOTION TO COMPEL AND REQUIRING DEBTOR TO ASSUME OR REJECT LAND SALE AGREEMENT (ECF 80).

3.    ORDER GRANTING IN PART DEBTOR'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES (ECF 81).

The parties to the Order appealed from and the names of their respective attorneys are as follows:

TIMOTHY J. MCCARTHY AND      FLYING COW RANCH HC, LLC
MARK J. MCCARTHY
CO-TRUSTEES OF THE MCCARTHY
LAND TRUST AGREEMENT

THOMAS ABRAMS, ESQ.      LES S. OSBORNE, ESQ.
Attorney for McCarthy      Attorney for Debtor
Gamberg & Abrams      Rappaport Osborne & Rappaport, PLLC
1778 N. Pine Island Rd Suite 215      1300 N. Federal Highway, Suite 203
Ft. Lauderdale, FL 33322      Boca Raton, FL 33432

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to the parties enumerated on the attached this the 10th day of August, 2018.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2091-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:___/s/_____
     LES S. OSBORNE, ESQ.
     Florida Bar No. 823139

SERVICE LIST:

- Thomas L Abrams    tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov