UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.
_____/

## DEBTOR'S MOTION TO COMPEL JUDICIAL SETTLEMENT CONFERENCE/MEDIATION

COMES NOW the Debtor, FLYING COW RANCH HC, LLC, by and through undersigned counsel, and hereby files this Motion to Compel Judicial Settlement Conference/Mediation, and in support thereof states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 on March 8, 2018.

2. The primary asset of this estate is an interest in a purchase and sale contract dated December 5, 2014, to purchase 150 acres of land in Wellington, Florida.

3. On April 25, 2018, Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement (collectively "McCarthy") filed a Motion to Compel Assumption or Rejection of Executory Contract and payment of contractual extension fees (ECF 30).

4. On June 22, 2018, the Court entered an Order granting the Motion to Compel and requiring Debtor to assume or reject the Contract (ECF 54).

5. The Debtor filed a Motion to reconsider (ECF 59) on July 6, 2018. The Debtor further filed a Motion to extend time to assume or reject executory contract and unexpired leases (ECF 57) on June 6, 2018.

6. After notice and a hearing, the Court entered Orders denying the Motion for rehearing and granting, in part, the Motion to extend time to assume or reject contracts (ECF 80 and ECF 81, respectively).

7. Simultaneously with the filing of this Motion, the Debtor is filing a Notice of Appeal of this Court's Orders (ECF 80, 81 and 54).

8. In addition, Debtor is filing a Motion to assume the contract, which will require an evidentiary hearing with regard to cure amounts and/or adequate protection.

9. Before spending substantial time and money litigating these issues, the Debtor believes it would be in all parties' best interests to attempt to resolve them via Judicial Settlement Conference or, alternatively if necessary, a mediation.

10. The Debtor even confirmed that Judge Paul Hyman would be available on August 22, 2018 for a Judicial Settlement Conference and the Debtor has suggested this to McCarthy.

11. McCarthy has refused to agree to any type of Judicial Settlement Conference or mediation and has refused any attempts to try to settle this matter.

12. The Debtor believes it is in the best interests of the Estate and its creditors, and in the interest of judicial economy, to attempt to resolve these issues without the necessity of continued litigation, appeal and all of the expenses associated therewith.

13. The Debtor hereby requests this court enter an order compelling the Debtor and McCarthy to attend a Judicial Settlement Conference and/or mediation to try to resolve all issues in this case.

WHEREFORE, Debtor, FLYING COW RANCH HC, LLC, requests this Court enter an Order compelling Timothy and Mark McCarthy, and the Debtor, to attend a Judicial

Settlement Conference and/or mediation and for such other and further relief as may be just.

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically to all creditors and interested parties listed on the attached on this 10th day of August, 2018.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2091-1(A).

    RAPPAPORT OSBORNE & RAPPAPORT, PLLC
    Attorney for Debtor
    1300 North Federal Highway
    Squires Building, Suite 203
    Boca Raton, Florida 33432
    Telephone: (561) 368-2200
    Facsimile: (561) 338-0350

BY: _____/s/_____
    LES S. OSBORNE, ESQ.
    FL Bar No. 823139

```
Label Matrix for local noticing          Flying Cow Ranch HC, LLC              Florida Department of Revenue
113C-9                                    1000 N US Hwy 1 #762                  5050 West Tennessee Street
Case 18-12681-MAM                         Jupiter, FL 33477-4303                Tallahassee, FL 32399-0100
Southern District of Florida
West Palm Beach
Thu Aug  9 16:32:29 EDT 2018

Gunster                                   Gunster, Yoakley & Stewart, P.A.     Internal Revenue Service
777 S Flagler Dr #500                     401 E. Jackson Street, Suite 2500    Central Insolvency Operation
West Palm Beach, FL 33401-6121            Tampa, FL 33602-5226                 P. O. Box 7346
                                                                               Philadelphia, PA 19101-7346


Lewis, Longman & Walker, PA               Lewis, Longman & Walker, P.A.        Mallon Blatcher
515 N Flagler Dr, #1500                   515 North Flagler Drive              12 S Monroe St
West Palm Beach, FL 33401-4327            Suite 1500                           Media, PA 19063-2915
                                          West Palm Beach, FL 33401-4327


Office of the US Trustee                  Palm Beach County Tax Collector      Timothy K McCarthy, Trustee and
51 S.W. 1st Ave.                          P.O. Box 3715                        Mark J McCarthy, Trustee
Suite 1204                                West Palm Beach, FL 33402-3715       c/o C Glen Leonard Esq
Miami, FL 33130-1614                                                           2817 E Oakland Park Blvd #201-A
                                                                               Fort Lauderdale, FL 33306-1889


Wantman Group Inc                         Wantman Group, Inc.                  David Wantman
2035 Vista Parkway #100                   c/o Edward M. Baird                  2035 Vista Parkway #100
West Palm Beach, FL 33411-2716            941 W. Morse Blvd., Suite 100        West Palm Beach, FL 33411-2716
                                          Winter Park, FL 32789-3781


Frank Blatcher                            Jordan L Rappaport Esq               Kenneth S Rappaport Esq
12 S Monroe St                            1300 N Federal Hwy #203              1300 N Federal Hwy #203
Media, PA 19063-2915                      Boca Raton, FL 33432-2848            Boca Raton, FL 33432-2848


Timothy K. & Mark J McCarthy
Bamberg & Abrams
c/o Thomas L. Abrams, Esq.
1776 N. Pine Island Rd., Suite 215
Plantation, FL 33322-5223
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach                        End of Label Matrix
                                          Mailable recipients    18
                                          Bypassed recipients     1
                                          Total                  19