CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Flying Cow Ranch HC, LLC

**Case Number:** 18–12681–MAM
**Chapter:** 11
**County of Residence or Place of Business:** West Palm Beach
**U.S. District Court Case Number:**

# TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on <u>08/10/2018</u>
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Flying Cow Ranch HC, LLC
**Attorney:** Les S. Osborne
1300 N Federal Hwy #203
Boca Raton, FL 33432
**Attorney:**

**Appellee/Respondent:** Timothy J. and Mark J. McCarthy
**Attorney:** Thomas Abrams
1778 N Pine Island Rd #215
Ft. Lauderdale, FL 33322
**Attorney:**

**Title and Date of Order Appealed**, if applicable: <u>Order on Motion to Compel, 06/22/18; Order Denying Motion for Rehearing, 07/27/18; Order Granting Motion to Extend Time to Assume or Reject Executory Contracts, 07/27/18</u>

**Entered on Docket Date:** <u>06/22/18, 07/27/18, 07/27/18</u>    **Docket Number:** <u>54, 80, 81</u>

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 8/13/18

**CLERK OF COURT**
By: Hebe Montygierd
Deputy Clerk   (561) 514–4100