UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.
_____/

**AMENDED[1]**
**NOTICE OF APPEAL**

Debtor, FLYING COW RANCH HC, LLC, appeals to the District Court of the Southern District of Florida from the following:

    1.    ORDER GRANTING MOTION TO COMPEL AND REQUIRING DEBTOR TO ASSUME OR REJECT LAND SALE AGREEMENT (ECF 54).

    2.    ORDER DENYING DEBTOR'S MOTION FOR REHEARING ON ORDER GRANTING MOTION TO COMPEL AND REQUIRING DEBTOR TO ASSUME OR REJECT LAND SALE AGREEMENT (ECF 80).

    3.    ORDER GRANTING IN PART DEBTOR'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES (ECF 81).

The parties to the Order appealed from and the names of their respective attorneys are as follows:

| | |
|---|---|
| TIMOTHY J. MCCARTHY AND<br>MARK J. MCCARTHY<br>CO-TRUSTEES OF THE MCCARTHY<br>LAND TRUST AGREEMENT | FLYING COW RANCH HC, LLC |
| THOMAS ABRAMS, ESQ.<br>Attorney for McCarthy<br>Gamberg & Abrams<br>1778 N. Pine Island Rd Suite 215<br>Ft. Lauderdale, FL 33322 | LES S. OSBORNE, ESQ.<br>Attorney for Debtor<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N. Federal Highway, Suite 203<br>Boca Raton, FL 33432 |

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by

---
[1] Amended to correct scrivener's error

regular mail or electronically where available to the parties enumerated on the attached this the 13th day of August, 2018.

       I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2091-1(A).

                                  RAPPAPORT OSBORNE & RAPPAPORT, PLLC
                                  Attorneys for Debtor
                                  Suite 203, Squires Building
                                  1300 North Federal Highway
                                  Boca Raton, Florida 33432
                                  Telephone:  (561) 368-2200

                                  BY:___/s/_____
                                      LES S. OSBORNE, ESQ.
                                      Florida Bar No. 823139

SERVICE LIST:

- Thomas L Abrams    tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov