UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                              CASE NO: 18-12681-MAM

FLYING COW RANCH HC, LLC,                           CHAPTER 11

        Debtor.
_____/

### CREDITOR, TIMOTHY J. MCCARTHY AND MARK J. MCCARTHY, CO-TRUSTEES OF THE MCCARTHY LAND TRUST AGREEMENT'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL JUDICIAL SETTLEMENT CONFERENCE

    Creditor, Timothy K. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement, ("McCarthy Land Trust") files this its Response in Opposition to Debtor's Motion to Compel Judicial Settlement Conference/Mediation [D.E. 90] and states:

    1.    The undersigned respectfully submits that based on the record the Debtor has not and is not proceeding in good faith and, accordingly, the McCarthy Land Trust is not in favor of the motion filed by the Debtor.

    2.    This case has been pending since March 8, 2018 and substantial attorney's fees and resources have already been expended, as well as judicial resources. Since the filing the Debtor has not made a single payment on the now $500,000 due.

    3.    The undersigned will not seek to discuss past settlement negotiations, if any, as that would be IMOROPER. The undersigned will state, however, that it considers Debtor's assertions in its Motion concerning alleged settlement efforts to be inaccurate and improper.

    4.    Suffice to say that at this point the McCarthy Land Trust desires to proceed with judicial determination, which absent further frivolous argument/delay tactics by the debtor,

should not require significant time or resources.[1]

5. These sort of motions are customarily litigation tactics seeking to improperly throw shade on the non-moving party and seek to curry favor with the Court. This Motion is no different and should be rejected as same.

Dated: August 15, 2018.

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
*Attorneys for Creditor, Timothy K. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement*
1776 North Pine Island Road, Suite 215
Fort Lauderdale, Florida 33322
Telephone: (954) 523-0900
Facsimile: (954) 915-9016
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
   Thomas L. Abrams, Esquire
   Florida Bar No. 764329

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF/Notice of Electronic Filing and/or U.S. First Class Mail as noted to all parties and/or creditors on the attached Service List on this 15th day of August, 2018.

---

[1] Debtors have elected to assume and the Court is considering same on August 21, 2018.

## SERVICE LIST

*Notice/Service via ECF Electronic Mail:*

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas L Abrams     tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- Kenneth S Rappaport    office@rorlawfirm.com, 2656204420@filings.docketbird.com

By: /s/Thomas L. Abrams
Thomas L. Abrams, Esq.

## SERVICE LIST

*Notice/Service via ECF Electronic Mail:*

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas L Abrams     tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- Kenneth S Rappaport    office@rorlawfirm.com, 2656204420@filings.docketbird.com

*Notice/Service via First Class U.S. Mail:*

**See Attached Service List**

By: /s/Thomas L. Abrams
Thomas L. Abrams, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-12681-MAM<br>Southern District of Florida<br>West Palm Beach<br>Fri Jul 27 14:23:33 EDT 2018 | Flying Cow Ranch HC, LLC<br>1000 N US Hwy 1 #762<br>Jupiter, FL 33477-4303 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Gunster<br>777 S Flagler Dr #500<br>West Palm Beach, FL 33401-6121 | Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602-5226 | Internal Revenue Service<br>Central Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lewis, Longman & Walker, PA<br>515 N Flagler Dr, #1500<br>West Palm Beach, FL 33401-4327 | Lewis, Longman & Walker, P.A.<br>515 North Flagler Drive<br>Suite 1500<br>West Palm Beach, FL 33401-4327 | Mallon Blatcher<br>12 S Monroe St<br>Media, PA 19063-2915 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Timothy K McCarthy, Trustee and<br>Mark J McCarthy, Trustee<br>c/o C Glen Leonard Esq<br>2817 E Oakland Park Blvd #201-A<br>Fort Lauderdale, FL 33306-1889 |
| Wantman Group Inc<br>2035 Vista Parkway #100<br>West Palm Beach, FL 33411-2716 | Wantman Group, Inc.<br>c/o Edward M. Baird<br>941 W. Morse Blvd., Suite 100<br>Winter Park, FL 32789-3781 | David Wantman<br>2035 Vista Parkway #100<br>West Palm Beach, FL 33411-2716 |
| Frank Blatcher<br>12 S Monroe St<br>Media, PA 19063-2915 | Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Kenneth S Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Timothy K. & Mark J McCarthy<br>Gamberg & Abrams<br>c/o Thomas L. Abrams, Esq.<br>1776 N. Pine Island Rd., Suite 215<br>Plantation, FL 33322-5223 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     1<br>Total                   19 | |