UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC

    Debtor.

_____/

## DEBTOR'S MOTION TO EXTEND PLAN EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §1121

Debtor, FLYING COW RANCH HC, LLC, by and through undersigned counsel, files this Motion to Extend Plan Exclusivity Period Pursuant to 11 U.S.C. §1121, and in support thereof states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on March 8, 2018.

2. The period during which only the Debtor may file a Plan is due to expire on September 4, 2018.

3. Debtor has recently filed a Notice of Appeal of this Court's ruling relating to the Debtor's Land Sale Contract.

4. In addition, Debtor has filed a Motion to Assume and requested an evidentiary hearing to determine the amount and time frame for cure payments and/or adequate protection.

5. The Debtor has been tackling a host of issues relating to the continued effort to obtain approvals for the development of the project on the subject property.

6. Debtor will pursue its claim objections shortly. The claims bar date was July 9, 2018 for non-governmental creditors and is September 4, 2018 for governmental

creditors.

7. Debtor, through its principals, is paying all of its bills incurred in the Chapter 11 as they become due other than payment pursuant to the Land Sale Contract.

8. Debtor is aggressively pursuing every issue of its case in an effort to bring about resolution of the problems faced going into filing and the development of a confirmable Plan.

9. Debtor has requested this Court order mediation or a Judicial Settlement Conference between the parties and believes that a resolution can be reached regarding the Land Sale Contract.

10. Debtor is not in a position to propose a confirmable Plan until the issues concerning the Land Sale Contract are resolved.

11. It is in the best interests of the Debtor and the Estate to allow the Debtor an extension of the Plan exclusivity deadline for ninety (90) days.

WHEREFORE, Debtor requests this Court enter an Order granting Debtor's Motion to Extend Plan Exclusivity Periods for ninety (90) days, and for such other and further relief that may be just.

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically or by regular mail to those parties listed on the attached list on the 15th day of August, 2018.

> RAPPAPORT OSBORNE & RAPPAPORT, PLLC
> Attorney for Debtor
> 1300 North Federal Highway
> Squires Building, Suite 203
> Boca Raton, Florida 33432
> Telephone: (561) 368-2200
> Facsimile: (561) 338-0350
>
> BY: _____/s/_____
> JORDAN L. RAPPAPORT, ESQ.
> FL Bar No. 108022

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-12681-MAM<br>Southern District of Florida<br>West Palm Beach<br>Wed Aug 15 15:43:14 EDT 2018 | Flying Cow Ranch HC, LLC<br>1000 N US Hwy 1 #762<br>Jupiter, FL 33477-4303 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Gunster<br>777 S Flagler Dr #500<br>West Palm Beach, FL 33401-6121 | Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602-5226 | Internal Revenue Service<br>Central Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lewis, Longman & Walker, PA<br>515 N Flagler Dr, #1500<br>West Palm Beach, FL 33401-4327 | Lewis, Longman & Walker, P.A.<br>515 North Flagler Drive<br>Suite 1500<br>West Palm Beach, FL 33401-4327 | Mallon Blatcher<br>12 S Monroe St<br>Media, PA 19063-2915 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Timothy K McCarthy, Trustee and<br>Mark J McCarthy, Trustee<br>c/o C Glen Leonard Esq<br>2817 E Oakland Park Blvd #201-A<br>Fort Lauderdale, FL 33306-1889 |
| Wantman Group Inc<br>2035 Vista Parkway #100<br>West Palm Beach, FL 33411-2716 | Wantman Group, Inc.<br>c/o Edward M. Baird<br>941 W. Morse Blvd., Suite 100<br>Winter Park, FL 32789-3781 | David Wantman<br>2035 Vista Parkway #100<br>West Palm Beach, FL 33411-2716 |
| Frank Blatcher<br>12 S Monroe St<br>Media, PA 19063-2915 | Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Kenneth S Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Leslie S. Osborne Esq.<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Timothy K. & Mark J McCarthy<br>Gamberg & Abrams<br>c/o Thomas L. Abrams, Esq.<br>1776 N. Pine Island Rd., Suite 215<br>Plantation, FL 33322-5223 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20