

**ORDERED in the Southern District of Florida on August 28, 2018.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                                CASE NO:  18-12681-MAM

FLYING COW RANCH HC, LLC,                      CHAPTER 11

        Debtor.

_____/

### ORDER DENYING DEBTOR'S MOTION TO APPROVE ASSUMPTION OF LAND SALE CONTRACT

This Cause came before the Court for hearing on August 21, 2018 at 1:30 p.m. and August 24, 2018 at 1:30 p.m. upon Debtor's Motion to Approve Assumption of Land Sale Contract with Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement ("McCarthy") [D.E. 92] and the Court having considered the motion filed by Debtor, McCarthy's opposition thereto, the record in this case including the applicable Land Sale Contract, argument of counsel, and for the reasons stated by this Court on the record on August 21 and 24, 2018 which are incorporated herein, it is Ordered as follows:

1.      Debtor, Flying Cow Ranch HC, LLC's Motion to Approve Assumption of Land

Sale Contract with Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy

Land Trust Agreement [D.E. 92] is DENIED.

2.      McCarthy shall file a proof of claim specifying its rejection damages within 30

days of the date of this Order.

### #

**Submitted by:**
Thomas L. Abrams, Esq.
GAMBERG & ABRAMS
1776 North Pine Island Road, Suite 215
Fort Lauderdale, Florida 33322
Telephone:  (954) 523-0900
Facsimile:  (954) 915-9016
E-mail:tabrams@tabramslaw.com
Thomas L. Abrams, Esquire
Florida Bar No. 764329

**Thomas L. Abrams, Esq.** shall serve a copy of this order upon Debtor's counsel and Trustee and all interested parties and shall file a certificate of service thereof.