

ORDERED in the Southern District of Florida on August 30, 2018.

Mindy A. Mora, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL
### JUDICIAL SETTLEMENT CONFERENCE/MEDIATION  (ECF 90)

THIS CAUSE came on to be heard on August 24, 2018 in West Palm Beach upon the Debtor's Motion to Compel Judicial Settlement Conference/Mediation (ECF 90), and the Court having heard argument of counsel, and being otherwise duly advised, and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the Debtor's Motion is granted.  The parties will attend Mediation on or before October 31, 2018.  In lieu of Mediation, the parties may elect to attend a Judicial Settlement Conference.  Nothing in this Order shall in any way act to delay any pending appeals or any appeal to be filed.

###

Submitted by:

KENNETH S. RAPPAPORT, ESQUIRE
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
1300 N. Federal Highway, Suite 203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350

Attorney Rappaport is directed to serve a copy of this order to all interested parties and file a certificate of service.