# RAPPAPORT OSBORNE & RAPPAPORT, PLLC

ATTORNEYS AT LAW
SUITE 203 • SQUIRES BUILDING
1300 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA 33432
TELEPHONE (561) 368-2200
FACSIMILE (561) 338-0350
RORLAWFIRM.COM

KENNETH S. RAPPAPORT
BOARD CERTIFIED
CONSUMER BANKRUPTCY LAW
BUSINESS BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION

LES OSBORNE
CHAPTER 7 PANEL TRUSTEE
ALSO ADMITTED IN NEW YORK

JORDAN L. RAPPAPORT

LuANN H. TALIENTO
PARALEGAL

September 10, 2018

Via Email and U.S. Mail

Laurie Cohen, Esquire
Village of Wellington
12300 Forest Hill Boulevard
Wellington, Florida 33414

Re: Flying Cow Ranch HC, LLC

Dear Ms. Cohen:

    This will confirm your conversation with my paralegal this afternoon. We contacted you in response to the Debtor's Planner, Wantman Group, Inc.'s, advisement that there is some sort of hold on the project. You referenced certain Court filings as perhaps a reason for the hold.

    Please be advised that any hindrance of the Debtor's ability to move forward with its project in the Village will be considered a contemptable action and the matter will immediately be brought before the Bankruptcy Court.

    Please immediately advise the Village's position as to any hold on the Debtor's project and confirm that no such hold exists.

    Thank you for your anticipated cooperation.

Very truly yours,

Jordan L. Rappaport

JLR/lt
cc: Flying Cow Ranch HC, LLC

EXHIBIT "A"