

**ORDERED in the Southern District of Florida on December 10, 2018.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.

_____/

**ORDER DENYING CREDITOR, TIMOTHY J. MCCARTHY AND
MARK J. MCCARTHY, CO-TRUSTEES OF THE MCCARTHY LAND TRUST
AGREEMENT'S MOTION TO CONVERT (ECF 144)**

THIS CAUSE came on for consideration on November 13, 2018, in West Palm Beach, upon CREDITOR, TIMOTHY J. MCCARTHY AND MARK J. MCCARTHY CO-TRUSTEES OF THE MCCARTHY LAND TRUST AGREEMENT'S MOTION TO CONVERT (ECF 144) and the Court having heard argument of counsel, being fully advised in the premises, and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that Creditor, Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement's Motion to Convert is DENIED without prejudice.

###

Submitted By:

Jordan L. Rappaport, Esquire
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432
Telephone:  (561) 368-2200
Facsimile:   (561) 338-0350

Copies Furnished To:

Jordan L. Rappaport, Esq. is directed to mail or electronically serve where available a conformed copy of this Order to all interested parties and creditors.