

**ORDERED in the Southern District of Florida on January 4, 2019.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                          CASE NO. 18-12681-MAM
                                                                                      CHAPTER 11
FLYING COW RANCH HC, LLC,

       Debtor.
_____/

**ORDER GRANTING, IN PART, DEBTOR'S EXPEDITED MOTION TO
EXTEND DEADLINE TO FILE PLAN AND DISCLOSURE
PURSUANT TO 11 U.S.C. §1121**

THIS CAUSE came on for consideration on December 18, 2018, in West Palm Beach, upon Debtor's Expedited *Motion to Extend Deadline to File Plan and Disclosure Pursuant to 11 U.S.C. §1121* [ECF No. 175] (the "Motion"), and the Court having heard argument of counsel, being fully advised in the premises, and for the reasons stated on the record, it is

ORDERED AND ADJUDGED as follows:

1.      The Court shall take the Motion under advisement.  However, as a result of the Court taking the Motion under advisement and due to the impending holidays, the Court

grants Debtor a short extension of the deadline pursuant to 11 U.S.C. §1121(e)(2) to file its plan and disclosure statement through and including January 16, 2019.

      2.      This Order shall not be considered a finding by this Court that Debtor has proven by the preponderance of the evidence that it is more likely than not that the Court will confirm a Plan within a reasonable period of time pursuant to 11 U.S.C. §1121(e)(2)(A).

###

Copy to:

Jordan L. Rappaport, Esquire

Attorney Rappaport is directed to mail or electronically serve where available a conformed copy of this order to all interested parties and creditors.